PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

DANNY DAVID HERNANDEZ

Criminal Case No. 01-00082-001

On February 2, 2007, Danny David Hernandez passed away of heart disease. I therefore recommend that the defendant's term of supervision be terminated.



RECEIVED
MAR 21 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
 Curtis Vandeveld, Defense Counsel
 File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of March 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
United States District Judge

ORIGINAL